UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CORDELL, et al., | No. 2:18-cv-01814-KJM-CKD |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| AT&T MOBILITY, LLC, et al., | |
| Defendants. | |

Plaintiffs sued defendants in state court for negligence and for violating California's Rosenthal Fair Debt Collection Practices Act and federal regulations. *See* Compl., ECF No. 1-1. Defendants removed the case to federal court on June 25, 2018, and a week later moved to compel arbitration and stay proceedings, arguing plaintiffs are bound by their agreements to arbitrate all claims arising from their account with defendants. Removal, ECF No. 1, Mot., ECF No. 4. Plaintiffs filed a statement of non-opposition expressing their "consent to pursuing this matter through arbitration." ECF No. 6 at 1-2; *see* Local R. 230(c) ("A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect . . . .").

/////

/////

/////

1

The court GRANTS defendants' unopposed motion to compel arbitration and stay proceedings and ORDERS as follows:

1. The August 24, 2018 hearing on defendants' motion to compel and the October 25, 2018 initial scheduling conference are VACATED;
2. The parties shall proceed to final and binding arbitration under the terms of their agreement;
3. This action is STAYED pending completion of the arbitration; and
4. The parties shall NOTIFY the court within fourteen days of the completion of arbitration proceedings.

IT IS SO ORDERED.

DATED: August 9, 2018.

UNITED STATES DISTRICT JUDGE